IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | |
|---|---|
| YOUNG YIL JO | § |
| VS. | § CIVIL ACTION NO. 1:10cv283 |
| SIX UNKNOWN NAMED AGENTS | § |

## MEMORANDUM OPINION

Young Yil Jo, proceeding *pro se*, filed this civil rights lawsuit. Plaintiff has another action pending before the court raising substantially the same claim against the same defendants. *See Jo v. Six Unknown Names Agents*, No. 1:10cv23. As a result, this lawsuit will be dismissed without prejudice as repetitious. An appropriate final judgment shall be entered.

**SIGNED** this the 1 day of **June, 2010.**

_____
Thad Heartfield
United States District Judge